Peter J Gimino, III
pgimino@giminolaw.com
The Gimino Law Office, APC
18101 Von Karman Avenue Suite 300
Irvine, CA 92612
Telephone: (949) 225-4446
Facsimile: (949) 225-4447

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Putative Classes*

*Attorneys for Plaintiff* LUCAS ALEX AMBREZEWICZ,
and the Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| LUCAS ALEX AMBREZEWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADPOINT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:16-cv-02331-JGB-KK |

## STIPULATION  TO ALLOW THE PARTIES' DEPOSITIONS TO TAKE PLACE ON SEPTEMBER 5 AND 6, 2019

1
2
3

   WHEREAS on January 8, 2019, the Court issued its Civil Trial Scheduling Order setting deadlines for the case, including an August 26, 2019 discovery cut-off;

4
5

   WHEREAS the Parties are working cooperatively to schedule depositions prior to the discovery cut-off;

6
7

   WHEREAS Plaintiff's lead counsel, Patrick Peluso, who resides in Denver, Colorado, is on paternity leave after the birth of his children on July 31, 2019;

8
9
10
11

   WHEREAS because Mr. Peluso is on paternity leave with his newborns the Parties jointly request leave to conduct the 30(b)(6) deposition of LeadPoint, Inc. and the deposition of Plaintiff within eleven (11) days of the August 26, 2019 discovery cut-off;

12
13
14

   WHEREAS in the event the Court approves this stipulation, the parties have agreed to conduct Plaintiff's deposition on September 5, 2019 and the 30(b)(6) deposition of LeadPoint on September 6, 2019 in Los Angeles, California;

15

   WHEREAS no other deadlines in the case will be affected by this request;

16
17

   IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, that:

18
19

   (i)    The parties may have until September 6, 2019 to conduct Plaintiff's deposition and the 30(b)(6) deposition of LeadPoint, Inc..

20

          IT IS SO STIPULATED.

21
22

August 16, 2019                          By:  /s/ Patrick H. Peluso

23
24
25
26

                                         Peter J. Gimino, III
                                         pgimino@giminolaw.com
                                         The Gimino Law Office, APC
                                         18101 Von Karman Ave., Ste. 300
                                         Irvine, CA 92612
                                         Tel: (949) 225-4446

27
28

Fax: (949) 225-4447

Patrick H Peluso*
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, CO  80210
Telephone:  720-213-0675
Facsimile:  303-927-0809

**Counsel for Lucas Alex Ambrezewicz**


By: /s/ Esteban Morales
Joshua Briones
Esteban Morales
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
T: (310) 586-3200; F: 310-586-3202
jbiones@mintz.com
emorales@mintz.com

**Counsel for Defendant LeadPoint,
Inc.**


*pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 16th day of August, 2019, on all counsel of record.

/s/ Patrick H. Peluso