Peter J Gimino, III
pgimino@giminolaw.com
The Gimino Law Office, APC
18101 Von Karman Avenue Suite 300
Irvine, CA 92612
Telephone: (949) 225-4446
Facsimile: (949) 225-4447

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* LUCAS ALEX AMBREZEWICZ, and the Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LUCAS ALEX AMBREZEWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEADPOINT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:16-cv-02331-JGB-KK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by plaintiff LUCAS ALEX AMBREZEWICZ and defendant LEADPOINT, INC., to dismiss this action and all individual claims asserted herein in its entirety **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a).  The claims of any putative, unidentified class members are dismissed without prejudice.   Each party shall bear his or its own costs and attorney's fees.

Dated:  November 22, 2019          Respectfully submitted,

 /s/ Patrick H. Peluso                              /s/ Esteban Morales
Patrick H. Peluso                                 Esteban Morales
WOODROW & PELUSO, LLC                             MINTZ LEVIN COHN FERRIS
3900 E. Mexico Ave.                               GLOVSKY AND POPEO, P.C.
Suite 300                                         2029 Century Park East
Denver, CO 80210                                  Suite 1370
Tel: 720-213-0675                                 Los Angeles, California 90067
Fax: 303-927-0809                                 Tel: (310) 586-3200
Email: ppeluso@woodrowpeluso.com                  Fax: (310) 586-3202
                                                  Email: emorales@mintz.com
*Attorney for Plaintiff Lucas Alex Ambrezewicz*

*Attorney for Defendant LeadPoint, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 22nd day of November, 2019, on all counsel of record.

*/s/ Patrick H. Peluso*